# United States District Court
## Northern District of Illinois
### Western Division

Suzanne Ehardt                               **JUDGMENT IN A CIVIL CASE**

      v.                                                  Case Number: 09 C 50132

Peter Austin et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed with prejudice and this cause is dismissed in its entirety.

                                                     Michael W. Dobbins, Clerk of Court

Date: 3/2/2010                               _____
                                                     /s/ Jennifer Titak, Deputy Clerk